IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| JULIO ALBERTO PEREZ | § | Case No. 10-36451-mvl-7 |
| CECILIA PEREZ | § | |
| | § | |
| DEBTORS | § | |

**TRUSTEE'S NOTICE OF DEPOSIT TO UNCLAIMED FUNDS**

Transmitted herewith is an electronic payment for deposit into the Court's Unclaimed Funds Registry as unclaimed property for the above-referenced Chapter 7 case. I hereby certify that the distribution check in payment of the following claim(s) has not either been negotiated by the creditor during the 90 days after issue or has been returned undeliverable.

| *Claim #* | *Name of Payee on Unclaimed Check (s)* | *Amount* |
| --- | --- | --- |
| | Julio and Cecilia Perez<br>500 Highland Drive<br>Arlington, Texas  76010 | $15,104.22 |
| | *Total of check(s) to Unclaimed Funds:* | **$15,104.22** |

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450
6505 West Park Boulevard, Suite 306
Plano, Texas  75093
Telephone:  214-234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE