BTXN 127 (rev. 1/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**FILED**
OCT 25 2022
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

Julio Alberto Perez (deceased)
and Cecilia Perez        Debtor(s)

Case No.:

10-36451

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ____ creditor __X__ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Dynasty Asset Recovery Services, LLC<br>Assignee to Cecilia Perez |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (If Claimant is an individual, skip to Question No. 3) | Dana Williams, Managing Member<br>Dynasty Asset Recovery Services LLC |
| 3. | Current Mailing Address | 3755 N Josey Ln #117220 Carrollton, TX 75011 |
| 4. | Telephone Number | 469-702-1976 |
| 5. | SS# (last 4 digits only) or EIN # | 88-3800672 |
| 6. | Amount Being Claimed | $15,104.22 |

I, **Dana Williams** ,do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 10/22/22

_____    _____
Claimant Signature                Co-Claimant Signature

Subscribed and Sworn to Before Me this 22 day of October, 2022.

_____
Notary Public
In and for the State of Texas
My commission expires 5/20/2025

MARIO MORA
Notary Public
STATE OF TEXAS
NOTARY ID # 131130088
My Comm. Expires 05-20-2025

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 10/24/22

Claimant's Signature

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| JULIO ALBERTO PEREZ | § | Case No. 10-36451-mvl-7 |
| CECILIA PEREZ | § | |
| | § | |
| DEBTORS | § | |

### TRUSTEE'S NOTICE OF DEPOSIT TO UNCLAIMED FUNDS

Transmitted herewith is an electronic payment for deposit into the Court's Unclaimed Funds Registry as unclaimed property for the above-referenced Chapter 7 case. I hereby certify that the distribution check in payment of the following claim(s) has not either been negotiated by the creditor during the 90 days after issue or has been returned undeliverable.

| Claim # | Name of Payee on Unclaimed Check (s) | Amount |
|---|---|---|
| | Julio and Cecilia Perez<br>500 Highland Drive<br>Arlington, Texas  76010 | $15,104.22 |
| | *Total of check(s) to Unclaimed Funds:* | **$15,104.22** |

Respectfully submitted,

*/s/ Scott M. Seidel*
Scott M. Seidel, Esq.
State Bar No. 17999450
6505 West Park Boulevard, Suite 306
Plano, Texas  75093
Telephone:  214-234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE



**DYNASTY**
ASSET RECOVERY SERVICES

## LIMITED POWER OF ATTORNEY
### USED ONLY TO COLLECT FUNDS FROM THE BELOW REFERENCED CASE

I, Cecilia Perez de Perez on behalf of myself and Julio Alberto Perez (deceased), hereby appoint Dana Williams on behalf of Dynasty Asset Recovery Services LLC whose current address is 3755 N Josey Ln #117220, Carrollton, Texas 75011, as my true and lawful attorney for me and in my name and stead, and for my use and benefit to claim funds held for me by U.S. Bankruptcy Court, Northern District of Texas, giving and granting unto my said attorney in fact full authority and power to do and perform any and all other acts necessary or incident to the performance and execution of the powers herein expressly granted with power to do and perform all acts authorized hereby; as fully to all intents and purposes as the Grantor might or could do if personally present.

This Limited Power of Attorney will cease twelve (12) months from date hereof.

IN WITNESS WHEREOF, I have signed this __19__ day of __Oct__, 20__22__, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_____          _____
Cecilia Perez de Perez, Client         Cecilia Perez de Perez, Authorized Rep for Deceased

                                                  _____
                                                  Current Address

SUBSCRIBED AND SWORN TO BEFORE ME this __19__ day of __Oct__, 20__22__

County of __Tarrant__

State of __Texas__

                                                  _____
                                                  Notary Public

Date of Commission Expires:
Jan 26, 2024

ANTHONY FLORES
Notary ID #126368321
My Commission Expires
January 26, 2024



**DYNASTY**
ASSET RECOVERY SERVICES

## ASSIGNMENT OF INTEREST
## IN BANKRUPTCY UNCLAIMED FUNDS, page 2

7. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part to any party.

8. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the funds the fulfillment of Assignors obligation(s) under this Agreement, Dynasty Asset Recovery Services LLC as its attorney-in-fact.

9. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, I have signed this __19__ day of __Oct__, 20__22__, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_____
Cecilia Perez de Perez, Client

_____
Cecilia Perez de Perez, Authorized Rep for Deceased

SUBSCRIBED AND SWORN TO BEFORE ME this __19__ day of __oct__, 20__22__.

County of __Tarrant__
State of __Texas__

_____
Notary Public

Date of Commission Expires:
__Jan 26, 2024__

ANTHONY FLORES
Notary ID #126368321
My Commission Expires
January 26, 2024



**DYNASTY**
ASSET RECOVERY SERVICES

## ASSIGNMENT OF INTEREST
## IN BANKRUPTCY UNCLAIMED FUNDS

This Assignment Agreement (the "Agreement") is entered into this 13th day of October 20 22 (the "Effective Date") by and between <u>Dynasty Asset Recovery Services LLC</u>, whose current address is <u>3755 N Josey Ln #117220, Carrollton, Texas 75011</u>, (the "Assignee") and <u>Cecilia Perez de Perez on behalf of herself and Julio Alberto Perez (deceased)</u> whose current address is <u>500 Highland Dr Arlington, TX 76010</u> ("the Assignor").

1. Assignor is/was a <u>Debtor</u> in the Case Number <u>10-36451</u> as filed in the UNITED STATES BANKRUPTCY COURT FOR THE <u>Northern</u> DISTRICT OF <u>Texas</u> (the "Case"). As a <u>Debtor</u> in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the amount of $ <u>15,104.22</u> (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign the convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representation, and warranties herein, the parties agree as follows:

3. Assets Assigned: Assignor does hereby convey, transfer, and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any unclaimed funds resulting from the Bankruptcy Case located at:

  Court: <u>U.S. Bankruptcy Court, Northern District of Texas</u>
  Debtor: <u>Cecilia Perez de Perez and Julio Alberto Perez (deceased)</u>
  Chapter: <u>7</u>
  Case Number: <u>10-36451</u>
  Unclaimed Amount: $ <u>15,104.22</u>

4. Collection of Surplus Funds: Assignee hereby agrees to attempt within the best of its abilities to collect the unclaimed funds. If Assignee collects any unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

5. Service Fees: Dynasty Asset Recovery Services LLC fee is <u>10</u> % of the unclaimed funds balance recovered.

6. This Assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction and shall not be deemed to create a security interest. Assignee will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.



**DYNASTY**
ASSET RECOVERY SERVICES

## CONTINGENCY AGREEMENT
## FOR UNCLAIMED PROPERTY SERVICES

This agreement is made by and between __Cecilia Perez de Perez on behalf of herself and Julio Alberto Perez (deceased)__ (the "Client") and __Dynasty Asset Recovery Services LLC__, whose current address is __3755 N Josey Ln #117220, Carrollton, TX 75011__ (the "Business") to provide the services of locating and claiming the unclaimed property in Clients Name being held by __U.S. Bankruptcy Court, Northern District of Texas__, and is effective when signed by the Client.

**TERMS**

1. Business is due a percentage of the unclaimed amount only if and when the claim is successful and the Client has received their unclaimed property.
2. Client agrees to furnish Business with all paperwork requested in a timely manner, in order to facilitate the claim process. This may include, but is not limited to, certified copies of birth certificate, copy of driver's license, and probate documents, if Client is the rightful heir to all property due a person who is deceased.
3. If the claim is unsuccessful, Client is under no financial obligation to Business.
4. Any costs associated with facilitating the claim are the responsibility of the Business, whether or not the claim is successful.
5. At any time during the process, Business may cancel this agreement, for any reason. No monies will be due to the Business if agreement is so canceled.

**COST OF SERVICES**

In exchange for the services Business provides to Client under the terms and conditions listed above in regard to the location and claim of Clients unclaimed property, Client agrees to pay __10__ % of unclaimed amounts to Business. If Business is unsuccessful in completing the claim and Client does not receive the unclaimed property, Client is fully released from the terms of this agreement and is under no financial obligation to the Business.

IN WITNESS WHEREOF, I have signed this __19__ day of __Oct__, 20__22__, and I direct that photographic copies of this document be made, which shall have the same force and effect as an original.

_____          _____
Cecilia Perez de Perez, Client            Cecilia Perez de Perez, Authorized Rep for Deceased

                                          _____
                                          Current Address

SUBSCRIBED AND SWORN TO BEFORE ME this __19__ day of __Oct__, 20__22__.

County of __Tarrant__

State of __Texas__

ANTHONY FLORES
Notary ID #126368321
My Commission Expires
January 26, 2024

_____
Notary Public

Date of Commission Expires:
__Jan 26, 2024__



**DYNASTY**
ASSET RECOVERY SERVICES

## AFFIDAVIT OF
## PHOTO IDENTIFICATION AUTHENTICITY

I, Dana Williams, Managing Member of Dynasty Asset Recovery Services LLC, hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Date: 9/21/22

Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

**Mailing Address:**
3755 N Josey Lane #117220
Carrollton, Texas 75011

**Physical Address:**
1930 E Hebron Pkwy #360
Carrollton, Texas 75007

**Phone:**
(469) 702-1976

On 21 Sept 2022 before me, Dana Williams, personally appeared, personally known to me to be the person whose name is subscribed to be within the instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal this 21st day of September 2022 in the County of Denton, State of Texas.

Signature of Notary Public

Date Commission Expires: 12-01-2025

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025



## CERTIFICATE OF LLC RESOLUTION

The undersigned Managing Member of Dynasty Asset Recovery Services LLC, an LLC duly organized under the laws of Texas (hereinafter, "The LLC"), hereby certify that the following resolutions were duly adopted by said Managing Member of the LLC on August 18, 2022 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Dana Williams is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by her as being in the best interest of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in her opinion, in the best interest of The LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the 21 day of September, 2022.

_____
Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

Date: 9/21/22

SUBSCRIBED AND SWORN TO BEFORE ME this 21st day of September 2022 in the County of Denton, State of Texas.

_____
Notary Public

Date Commission Expires: 12-01-2025

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025

| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 804691157 08/18/2022<br>Document #: 1170746680002<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Dynasty Asset Recovery Services LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below.

Name:
**Dana Williams**

C. The business address of the registered agent and the registered office address is:

Street Address:
**1930 E Hebron Pkwy #306 Carrollton TX 75007**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

OR

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

OR

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Managing Member 1: **Dana Williams**   Title: **Managing Member**
Address: **3755 N Josey Ln #117220 Carrollton tx, USA 75011**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

### Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

3755 N Josey Ln #117220
Carrollton, tx 75011
USA

### Organizer

The name and address of the organizer are set forth below.

**Frances Severe**　　2804 Gateway Oaks Dr # 100, Sacramento, Ca 95833

### Effectiveness of Filing

☒ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Frances Severe**

Signature of Organizer

FILING OFFICE COPY

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. October 2018) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**Dana N Williams**

**2** Business name/disregarded entity name, if different from above

**Dynasty Asset Recovery Services LLC**

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- [✓] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

   Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**3755 N Josey Ln #117220**

**6** City, state, and ZIP code

**Carrollton, Texas 75011**

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___-__-____

or

Employer identification number: **88-3800672**

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *[signature]*   Date ▶ 10/24/22

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X   Form **W-9** (Rev. 10-2018)



# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Sep 29 2020

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER: 142-20-173126**

1. LEGAL NAME OF DECEASED: JULIO ALBERTO PEREZ ORTEGA
2. DATE OF DEATH: SEPTEMBER 13, 2020
3. SEX: MALE
4. DATE OF BIRTH: APRIL 25, 1963
5. AGE: 57
6. BIRTHPLACE: MEXICO
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS: Married
9. SURVIVING SPOUSE'S NAME: CECILIA PEREZ
10a. RESIDENCE STREET ADDRESS: 500 HIGHLAND DRIVE
10c. CITY OR TOWN: ARLINGTON
10d. COUNTY: TARRANT
10e. STATE: TEXAS
10f. ZIP CODE: 76010
10g. INSIDE CITY LIMITS? Yes
11. FATHER/PARENT 2 NAME: ERNESTO PEREZ
12. MOTHER/PARENT 1 NAME: MARIA LUISA ORTEGA
13. PLACE OF DEATH: Inpatient
14. COUNTY OF DEATH: TARRANT
15. CITY/TOWN, ZIP: FORT WORTH, 76104
16. FACILITY NAME: JOHN PETER SMITH HOSPITAL
17. INFORMANT'S NAME & RELATIONSHIP: CECILIA PEREZ - SPOUSE
18. MAILING ADDRESS OF INFORMANT: 500 HIGHLAND DRIVE, ARLINGTON, TX 76010
19. METHOD OF DISPOSITION: Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: ROMAN MARTINEZ, BY ELECTRONIC SIGNATURE - 113345
21. Unknown
22. PLACE OF DISPOSITION: NORTH TEXAS CREMATION SERVICES
23. LOCATION: FORT WORTH, TX
24. NAME OF FUNERAL FACILITY: CALVARIO FUNERAL CHAPEL
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 111 WEST NORTHSIDE DRIVE, FORT WORTH, TX 76164
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: CARLOS JOSE RODRIGUEZ, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: SEPTEMBER 24, 2020
29. LICENSE NUMBER: R7867
30. TIME OF DEATH: 11:25 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: CARLOS JOSE RODRIGUEZ 1500 S. MAIN ST, FORT WORTH, TX 76104
32. TITLE OF CERTIFIER: DO

33. PART 1. CHAIN OF EVENTS:

| Line | Cause | Approximate interval Onset to death |
|---|---|---|
| a. | SEPSIS LEADING TO ACUTE RENAL FAILURE | 13 DAYS |
| b. | SEPSIS LEADING TO ACUTE ON CHRONIC LIVER FAILURE | 10 DAYS |
| c. | INTRA-ABDOMINAL INFECTION | 13 DAYS |
| d. | | |

PART 2. OTHER SIGNIFICANT CONDITIONS: 
34. WAS AN AUTOPSY PERFORMED? No
35. WERE AUTOPSY FINDINGS AVAILABLE: —

36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? No
38. IF FEMALE: —
39. IF TRANSPORTATION INJURY: —

42a. REGISTRAR FILE NO.: 06009754
42b. DATE RECEIVED BY LOCAL REGISTRAR: SEPTEMBER 29, 2020
42c. REGISTRAR: [signature]

EDR NUMBER: 000044444824065

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED: Oct 02 2020

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND



№ 13505

**STATE OF TEXAS**

# Marriage License

## COUNTY OF TARRANT

To all who shall see these Presents: Greeting:

**Know Ye,** That any person legally authorized to celebrate the

## RITES OF MATRIMONY

is hereby licensed to join in marriage, as husband and wife,

__Julio Alberto Perez__ and
__Cecilia Perez Perez__ and

for so doing this shall be his sufficient authority; and due return make ____ days after solemnization.

In Testimony Whereof, I, as Clerk of Tarrant County, hereunto subscribe my name and affix the Seal of said Court, this the __2nd__ day of __September__ 19__86__

__Madro Huffman__ County Clerk
By __Ina Thompson__ Deputy.

This Certifies That I joined in Marriage, as Husband and Wife,
__Julio Alberto Perez__ and
__Cecilia Perez Perez__
on this __3rd__ day of __September__ 1986

County of Marriage: __Tarrant__ County, Texas

_Signature of person performing ceremony_
Justice of the Peace
_Title of person performing ceremony_
Court House
_Address of person performing ceremony_

VOL 329 PAGE 695



TRUE AND CORRECT COPY OF ORIGINAL
RECORD FILED IN TARRANT COUNTY TEXAS
MARY LOUISE NICHOLSON, COUNTY CLERK

**Marriage License**

No 13505

Julio Alberto Perez
AND
Cecilia Perez Perez

Issued the 2nd day of September 19 86

Madrin Hoffman, Clerk County Court
By _____ Deputy

Returned and Filed for
Record the ___ day of ___ 19 ___

Madrin Hoffman, Clerk County Court
By _____ Deputy

THIS LICENSE EXPIRES 30 DAYS FROM DATE OF ISSUANCE IF NOT USED.

Mail Recorded License To:

M/M Julio Alberto Perez
808 E Sanford St #131
Arlington, TX 76011

VOL 329 PAGE 896

A CERTIFIED COPY,
ATTEST: 10/12, 20 22
MARY LOUISE NICHOLSON, County Clerk
Tarrant County, Texas
BY: _____ Deputy